NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE REMBRANDT TECHNOLOGIES, LP, PATENT LITIGATION

---

REMBRANDT TECHNOLOGIES, LP AND REMBRANDT TECHNOLOGIES, LLC (DOING BUSINESS AS REMSTREAM),
*Plaintiffs-Appellants,*

v.

CABLEVISION SYSTEMS CORPORATION AND CSC HOLDINGS, INC.,
*Defendants-Appellees,*

AND

ABC INC., CBS CORPORATION, AND NBC UNIVERSAL, INC.,
*Defendants-Appellees,*

AND

CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, CENTURY-TCI CALIFORNIA, LP, CENTURY-TCI DISTRIBUTION COMPANY, LLC, CENTURY-TCI HOLDINGS, LLC, PARNASSOS COMMUNICATIONS, LP, PARNASSOS DISTRIBUTION COMPANY I, LLC, PARNASSOS DISTRIBUTION COMPANY II, LLC, PARNASSOS HOLDINGS, LLC, PARNASSOS, LP, AND WESTERN NY CABLEVISION, LP,
*Defendants-Appellees,*

AND

## CHARTER COMMUNICATIONS OPERATING LLC AND CHARTER COMMUNICATIONS, INC.,
*Defendants-Appellees,*

AND

## COMCAST CABLE COMMUNICATIONS HOLDINGS, INC., COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CORPORATION, COMCAST OF FLORIDA/PENNSYLVANIA, LP, COMCAST OF PENNSYLVANIA II, LP, AND COMCAST OF PLANO, LP,
*Defendants-Appellees,*

AND

## COXCOM, INC.,
*Defendant-Appellee,*     .

AND

## FOX BROADCASTING COMPANY AND FOX ENTERTAINMENT GROUP, INC.,
*Defendants-Appellees,*

AND

## SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION,
*Defendants-Appellees,*

AND

## TIME WARNER CABLE LLC, TIME WARNER CABLE, INC., TIME WARNER ENTERTAINMENT COMPANY, L.P., TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP, AND TIME WARNER NEW YORK CABLE LLC (KNOWN AS TIME WARNER NY CABLE LLC),

*Defendants-Appellees,*

AND

## ADELPHIA COMMUNICATIONS CORPORATION, ADELPHIA CONSOLIDATION LLC, AMBIT MICROSYSTEMS, INC., CISCO SYSTEMS, INC., MOTOROLA, INC., NETGEAR, INC., SCIENTIFIC ATLANTA INC., AND THOMSON, INC.,
*Defendants.*

---

2012-1022

---

Appeal from the United States District Court for the District of Delaware in case no. 07-MD-1848, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

Upon consideration of the motions to reform the official caption,

IT IS ORDERED THAT:

The motions are granted in part.* The revised official caption is reflected above.

---

> \*    The court generally retains parties that were in the district court action, even if those parties are not participating on appeal. The court removes the appellee designation from any party that is not participating.

FOR THE COURT

**DEC 1 2 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Paul B. Milcetic, Esq.
     Edward R. Reines, Esq.
     Jeremy S. Pitcock, Esq.
     John W. Shaw, Esq.
     Mark A. Perry, Esq.
     Jeffrey H. Dean, Esq.
     Brian L. Ferrall, Esq.
     Mitchell G. Stockwell, Esq.
     Jeffrey B. Plies, Esq.
     Richard H. Brown, III, Esq.
     David S. Benyacar, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDFRAL CIRCUIT

**DEC 1 2 2011**

**JAN HORBALY
CLERK**